1  MICHAEL BAILEY
   United States Attorney
2  District of Arizona
   ASHLEY B. CULVER
3  Assistant United States Attorney
   State Bar No.: 028016
4  United States Courthouse
   405 W. Congress Street, Suite 4800
5  Tucson, Arizona 85701
   Telephone: 520-620-7300
6  Email: ashley.culver@usdoj.gov
   Attorneys for Plaintiff

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       FOR THE DISTRICT OF ARIZONA

10

11  United States of America,                  **CR19-02511 TUC-FRZ(LCK)**

12              Plaintiff,
                                               I N D I C T M E N T
13      vs.
                                               Violations:
14  Jose Alcaraz-Curiel,                         8 U.S.C. § 1326(a)(enhanced by
    aka Jose Salvador Alcaraz,                   8 U.S.C. § 1326(b)(1))
15
                Defendant.                      (Illegal Reentry)
16

17  **THE GRAND JURY CHARGES:**

18      On or about September 3, 2019, at or near San Luis, in the District of Arizona, Jose

19  Alcaraz-Curiel, aka Jose Salvador Alcaraz, an alien, entered and was found in the United

20  States of America after having been denied admission, excluded, deported, and removed

21  therefrom at or near El Paso, Texas, on or about October 30, 2018, and not having obtained

22  the express consent of the Attorney General or the Secretary of the Department of

23

24

25

26

27

28  ///

**FILED**

2019 OCT -2  PM 3: 54

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1    Homeland Security to reapply for admission thereto; in violation of Title 8, United States

2    Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

3                                            A TRUE BILL

4                                               / S /

5                                    _____
                                     Presiding Juror

6    MICHAEL BAILEY
     United States Attorney                **REDACTED FOR**
7    District of Arizona                    **PUBLIC DISCLOSURE**

8            / S /

9    Assistant United States Attorney

10   Dated:   October 2, 2019

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*United States of America v. Jose Alcaraz-Curiel*
*Indictment Page 2 of 2*